UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 07-15787 |
| | ) | |
| THERESE M. COHEN, | ) | Honorable Jacqueline P. Cox |
| | ) | |
| Debtor | ) | Chapter 7 |

### ORDER EXTENDING TIME TO FILE OBJECTIONS TO DISCHARGE AND COMPLAINTS TO DETERMINE DISCHARGEABILITY

At Chicago, Illinois the 20th day of August, 2008, before the Honorable Jacqueline P. Cox, Bankruptcy Judge, in the said District and Division.

This matter coming on for hearing on the motion of First National Bank of Illinois for the entry of an order extending the time within which First National Bank of Illinois has to file objections to discharge and complaints to determine dischargeability; due notice having been served upon all parties in interest; the Court having jurisdiction and being fully advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the motion of First National Bank of Illinois to extend generally its time to file objections to discharge and/or complaints to determine dischargeability of debt be, and hereby is, denied for the reasons stated in open Court.

**IT IS FURTHER ORDERED** that the time within which First National Bank of Illinois has to file objections to discharge and/or complaints to determine dischargeability be, and hereby is, extended for a final time to and including September 12, 2008.

ENTERED:  J.Cox  *Jacqueline P. Cox*

**20 AUG 2008**

Bankruptcy Judge

Joel A. Schechter
Attorney No. 03122099
Law Offices of Joel A. Schechter
53 West Jackson Blvd., Suite 1025
Chicago, Illinois 60604; (312) 332-0267

Ronald N. Primack
Law Offices of Ronald J. Primack, LLC
18401 Maple Creek Dr., Suite 100
Tinley Park, IL 60477; (708) 444-0277