IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| **THERESE M. COHEN,** | ) **CASE NO. 07-15787** |
| **A/K/A THERESE M. DE SERTO,** | ) |
| **A/K/A THERESE M. DE SERTO-COHEN,** | ) Hon. Jacqueline P. Cox |
| | ) |
| Debtors. | ) |
| | ) |

## TRUSTEE'S FINAL REPORT

Ronald R. Peterson, not individually but as Trustee for Therese M. Cohen (the "Debtor"), respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. § 704(9), and states:

1. The Petition commencing this case was filed on August 30, 2007. Ronald R. Peterson was appointed Trustee on August 30, 2007. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of the estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of January 30, 2009 is as follows:

| | | | |
|---|---|---|---|
| (a) | RECEIPTS (see Exhibit C): | | $205,173.84 |
| (b) | DISBURSEMENTS (see Exhibit C): | | $    0.00 |
| (c) | NET CASH available for distribution: | | $205,173.84 |
| (d) | TRUSTEE/PROFESSIONAL COSTS: | | |
| | i) | Trustee's compensation requested (See Exhibit E) | |
| | | Fee | $13,508.69 |
| | | Expenses | $250.14 |
| | ii) | Compensation requested by attorney for the Trustee (See Exhibit F) | |
| | | Fee | $41,236.50 |
| | | Expenses | $3,181.05 |
| | iii) | Compensation requested by Accountant for the Trustee (See Exhibit G) | |
| | | Fee | $0.00 |
| | | Expenses | $0.00 |

5. The Bar Date for filing unsecured claims expired on January 3, 2008.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (See Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| (a) | Allowed unpaid secured claims | $0.00 |
| (b) | Chapter 7 administrative and 28 U.S.C. § 1930 claims | $58,176.38 |
| (c) | Allowed Chapter 11 administrative claims | 0.00 |
| (d) | Allowed priority claims | $0.00 |
| (e) | Allowed unsecured claims | $481,034.72 |

7.  Trustee proposed that unsecured creditors receive a distribution of 30.558597% of allowed claims.

8.  Total compensation previously awarded to Trustee's counsel, accountants or other professionals was $0.00. Trustee's attorneys, accountants, or other professionals' compensation requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $44,417.55. (See Exhibit G).

9.  A fee of $7,201.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. § 329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§ 330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully submitted,

*/s/ Ronald R. Peterson*
RONALD R. PETERSON, not individually but as
Trustee for Therese M. Cohen

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
PH:   (312) 923-2981
FAX:  (312) 840-7381

Dated:   March 3, 2009

## TASKS PERFORMED BY TRUSTEE

(Describe tasks performed and results achieved. Major tasks are summarized in paragraph form below.)

- A. Conducted Meeting of Creditors Pursuant to 11 U.S.C. § 341; Discovery regarding recovery of assets.

- B. Answered creditor inquiries.

- C. Settled claims against the Debtor and Steven M. Cohen.

- D. Recovered funds from numerous bank or investment accounts.

- E. Reviewed and analyzed all of the claims filed.

- F. Prepared report on checking claims and Trustee's Report and Final Account.

**EXHIBIT A - PAGE 1**

## DISPOSITION OF ESTATE PROPERTY

## (SEE ATTACHED FORM 1)

Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 07-15787   JPC   Judge: JACQUELINE P. COX
Case Name: COHEN, THERESE M

Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 08/30/07 (f)
341(a) Meeting Date: 10/03/07
Claims Bar Date: 01/03/08

For Period Ending: 04/20/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY 30 PENTWATER ST. SOUTH BARRINGTON, I | 578,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. FIFTH THIRD BANK CHECKING | 100.00 | 0.00 | | 0.00 | 0.00 |
| 3. LOYOLA UNIV. EMPLOYEES' FEDERAL CREDIT UNION | 247.00 | 0.00 | | 0.00 | 0.00 |
| 4. THE VANGUARD GROUP 500 INDEX FUND ADMIRAL SHARES | 169,236.00 | 0.00 | | 68,618.00 | 0.00 |
| 5. HOUSEHOLD GOODS AND FURNISHINGS | 5,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7. FURS AND JEWELRY | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 8. METLIFE ($100,000.00 WHOLE LIFE) | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 9. PACIFIC LIFE (350,000 UNIVERSAL) | 5,000.00 | 0.00 | | 0.00 | 0.00 |
| 10. ALLMERICA ADVANTAGE ANNUITY | 43,382.00 | 0.00 | | 0.00 | 0.00 |
| 11. OAK ASSOCIATES FUND IRA | 8,015.00 | 0.00 | | 0.00 | 0.00 |
| 12. 33 1/3% INTEREST ALTIMA HOMES, INC. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13. 33 1/3 % INTEREST ALTIMA LAND GROUP, INC | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14. 33 1/3 % INTEREST ALTIMA CUSTOM HOMES, INC. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15. ALTIMA CUSTOM HOMES INC. | 400,000.00 | 0.00 | | 0.00 | 0.00 |
| 16. Litigation against Theresa and Steven Cohen (u) Brought Adversary to recover funds in money market accounts that had been moved to Steven, the husband. Sought to set aside fraudulent conveyance or simple turnover | 136,396.38 | 361,396.30 | | 136,396.38 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 166.10 | Unknown |
| TOTALS (Excluding Unknown Values) | $1,349,876.38 | $361,396.30 | | $205,180.48 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1   Ver: 14.30c

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| Case No: | 07-15787 JPC Judge: JACQUELINE P. COX | Trustee Name: | RONALD R. PETERSON |
| Case Name: | COHEN, THERESE M | Date Filed (f) or Converted (c): | 08/30/07 (f) |
| | | 341(a) Meeting Date: | 10/03/07 |
| | | Claims Bar Date: | 01/03/08 |

The Trustee has liquidated the Debtor's assets, and estimates that his Final Report will be filed by 3/31/09.

Initial Projected Date of Final Report (TFR): 12/31/08        Current Projected Date of Final Report (TFR): 03/31/09

## RECEIPTS AND DISBURSEMENTS

**(SEE ATTACHED FORM 2)**
**Include Notice Fixing Time for Filing Claims With Service List**

**EXHIBIT C - PAGE 1**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| | |
|---|---|
| Case No.: | 07-15787 -JPC |
| Case Name: | COHEN, THERESE M |
| Taxpayer ID No: | *******6226 |
| For Period Ending: | 04/20/09 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6858  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/14/07 | 4 | Therese Cohen (Cashier's Check) | | 1129-000 | 68,618.00 | | 68,618.00 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 11.22 | | 68,629.22 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 27.19 | | 68,656.41 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 16.32 | | 68,672.73 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 16.23 | | 68,688.96 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 14.08 | | 68,703.04 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 8.73 | | 68,711.77 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 8.45 | | 68,720.22 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 8.73 | | 68,728.95 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 8.73 | | 68,737.68 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 8.45 | | 68,746.13 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 6.67 | | 68,752.80 |
| * 11/14/08 | 16 | Steven M. Cohen, M.D.<br>30 Pentwater Drive<br>South Barrington, Il | | 1241-003 | 391,396.30 | | 460,149.10 |
| * 11/14/08 | 16 | Steven M. Cohen, M.D.<br>30 Pentwater Drive<br>South Barrington, Il | VOID<br>I read a the check s 391,396.30.  In reality, the 1 was<br>a comma that was as big as life | 1241-003 | -391,396.30 | | 68,752.80 |
| 11/14/08 | 16 | Steven Cohen<br>30 Pentwater Dri<br>South Barrington, Il 60010 | | 1241-000 | 100,000.00 | | 168,752.80 |
| 11/14/08 | 16 | Steven M Cohen M.D.<br>30 Pentwater Drive<br>South Barrington, Il. | | 1241-000 | 36,396.38 | | 205,149.18 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 10.08 | | 205,159.26 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 11.10 | | 205,170.36 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 3.48 | | 205,173.84 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 3.15 | | 205,176.99 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 3.49 | | 205,180.48 |

Page Subtotals  205,180.48  0.00

LFORM24  Ver: 14.30c

Page: 2

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-15787 -JPC
Case Name: COHEN, THERESE M
Taxpayer ID No: *******6226
For Period Ending: 04/20/09

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******6858 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | |
|---|---|---|
| COLUMN TOTALS | 205,180.48 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 205,180.48 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 205,180.48 | 0.00 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | 205,180.48 | 0.00 | 205,180.48 |
| Money Market Account (Interest Earn - *******6858 | 205,180.48 | 0.00 | 205,180.48 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | |

Page Subtotals   0.00   0.00

Total Funds On Hand

LFORM24                                                                                    Ver: 14.30c

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| **THERESE M. COHEN,** | ) **CASE NO. 07-15787** |
| A/K/A THERESE M. DE SERTO, | ) |
| A/K/A THERESE M. DE SERTO-COHEN, | ) Hon. Jacqueline P. Cox |
| | ) |
| Debtors. | ) |

## DISTRIBUTION REPORT

I, Ronald R. Peterson, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distributions.

### SUMMARY OF DISTRIBUTION

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $58,176.38 |
| Chapter 11 Administrative Expenses: | 0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | 0.00 |
| Secured Tax Liens: | 0.00 |
| Priority Tax Claims: | 0.00 |
| General Unsecured Claims: | $146,997.46 |
| Other: | 0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED** | $205,173.84 |

**EXHIBIT D - PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 100% |
|---|---|---|---|
| | § 726 (a) and (b) and § 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. § 1930(6)) | $58,176.38 | $58,176.38 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| | Trustee<br>    Fees<br>    Expenses | $13,508.69<br>$250.14 | $13,508.69<br>$250.14 |
| | Jenner & Block<br>    Fees<br>    Expenses | $41,236.50<br>$3,181.05 | $41,236.50<br>$3,181.05 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726 (a) and (b) and § 507(a)(1) (debtor-in-possession (DIP) administrative expenses) | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to § 502(f) | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

<u>**EXHIBIT D - PAGE 2**</u>

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(3) - Wages, salaries or commissions limited to $4,000 | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(4) - Contributions to Employee Benefit Plans | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000 | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(6) - Deposits by consumers to the extent of $1,800 | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

<u>EXHIBIT D - PAGE 3</u>

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 724(b) - Tax liens | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(8) - Tax claims excluding fines and penalties | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(9) - Capital commitments to Federal Depository Institutions | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |
|  |  |  |  |

<u>**EXHIBIT D - PAGE 4**</u>

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 30.558597% |
|---|---|---|---|
|  | § 726(a)(2) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $481,034.72 | $146,997.46 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| 1 | Target National Bank<br>c/o Weinstein & Riley, P.S.<br>P.O. Box 3978<br>Seattle, WA  98124-3978 | $4,732.55 | $1,446.20 |
| 2 | First National Bank of Illinois<br>c/o Ronald N. Primack, LLC<br>18401 Maple Creek Drive<br>Suite 100<br>Tinley Park, IL  60477 | $440,642.93 | $134,654.30 |
| 3 | Chase Bank USA<br>c/o Weinstein and Riley, PS<br>P.O. Box 3978<br>Seattle, WA  98124-3978 | $8,781.14 | $2,683.39 |
| 4 | Stock Building & Supply LLC<br>c/o Schwartz, Wolf & Bernstein LLP<br>314 N. McHenry Road<br>Buffalo Grove, IL  60089 | $12,733.36 | $3,891.14 |
| 5 | Capital Recovery One<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL  33131 | $72.42 | $22.13 |
| 7 | American Infosource LP, As Agent For FIA Card Services, NA/<br>Bank of America<br>4515 N. Santa Fe Avenue<br>Oklahoma City, OK  73118 | $14,072.32 | $4,300.30 |

**EXHIBIT D - PAGE 5**

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 726(a)(3) - Late unsecured claims | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 726(a)(4) -Fines/Penalties | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 726(a)(5) - Interest | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 6 | Timothy A. Janeway c/o Robert L. Speers 54 W. Downer Place Aurora, IL  60506 | $5,000.00 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated:  March 3, 2009                                     /s/ Ronald R. Peterson
                                                         Trustee

**EXHIBIT D - PAGE 7**