**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| **THERESE M. COHEN**, ) | **CASE NO. 07-15787** |
| **A/K/A THERESE M. DE SERTO**, ) | |
| **A/K/A THERESE M. DE SERTO-COHEN**, ) | Hon. Jacqueline P. Cox |
| ) | |
| Debtors. ) | |

**NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
<u>HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE</u>**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   United States Bankruptcy Court
         219 South Dearborn Street
         Courtroom 619
         Chicago, Illinois 60604

   On:   **June 9, 2009**     Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

   | | | |
   |---|---|---|
   | a. | Receipts | $205,173.84 |
   | b. | Disbursements | $0.00 |
   | c. | Net Cash Available for Distribution | $205,173.84 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson Trustee | $0.00 | $13,508.69 | $250.14 |
| Jenner & Block LLP Attorney/Trustee | $0.00 | $41,236.50 | $3,181.05 |
| N/A Accountant/Trustee | $0.00 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7. Claims of general unsecured creditors totaling $481,034.72 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 30.558597%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | Target National Bank c/o Weinstein & Riley, P.S. P.O. Box 3978 Seattle, WA 98124-3978 | $4,732.55 | $1,446.20 |

2

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---:|---:|
| 2 | First National Bank of Illinois<br>c/o Ronald N. Primack, LLC<br>18401 Maple Creek Drive<br>Suite 100<br>Tinley Park, IL  60477 | $440,642.93 | $134,654.30 |
| 3 | Chase Bank USA<br>c/o Weinstein and Riley, PS<br>P.O. Box 3978<br>Seattle, WA  98124-3978 | $8,781.14 | $2,683.39 |
| 4 | Stock Building & Supply LLC<br>c/o Schwartz, Wolf & Bernstein LLP<br>314 N. McHenry Road<br>Buffalo Grove, IL  60089 | $12,733.36 | $3,891.14 |
| 5 | Capital Recovery One<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL  33131 | $72.42 | $22.13 |
| 7 | American Infosource LP, As Agent<br>For FIA Card Services, NA/<br>Bank of America<br>4515 N. Santa Fe Avenue<br>Oklahoma City, OK  73118 | $14,072.32 | $4,300.30 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10. The debtor has not been discharged.

11.  The Trustee proposes to abandon the following property at the hearing:

    0.00

Dated:  **April 23, 2009**          For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
PH:    (312) 923-2981
FAX:  (312) 840-7381

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Apr 23, 2009
Case: 07-15787                 Form ID: pdf002              Total Served: 24


The following entities were served by first class mail on Apr 25, 2009.
db          +Therese M. Cohen,    30 Pentwater Dr.,    South Barrington, IL 60010-9331
aty         +Robert R Benjamin,    Querrey & Harrow, Ltd.,    175 West Jackson Boulevard,    Suite 1600,
              Chicago, IL 60604-2686
aty         +Ronald Peterson,   Jenner & Block,    330 N. Wabash Avenue,    Chicago, IL 60611-7603
tr          +Ronald R Peterson,    Jenner & Block LLP,    330 N. Wabash Avenue,    Chicago, IL 60611-7603
13072855    +AMERICAN INFOSOURCE LP AS AGENT FOR,    FIA Card Services, NA/Bank of America,
              4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11580031     Bank of America,    PO Box 15026,   Wilmington, DE 19850-5026
11580030     Bank of America,    PO Box 533512,   Atlanta, GA 30353-3512
11751226    +Bond Safeguard Insurance Co,    1919 S Highland Ave,    Building A Suite 300,
              Lombard, IL 60148-6153
11580032     Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
11743273     Chase Bank USA,    c o Weinstein and Riley, PS,    po box 3978,    seattle, WA 98124-3978
11580033    +First Midwest Bank,    PO Box 9003,   Gurnee, IL 60031-9003
11580034    +First National Bank of Illinois,    Ronald N. Primack, LLC,    18401 Maple Creek Drive, Suite 100,
              Tinley Park, IL 60477-2902
11580035    +Ford Credit,    PO Box 790093,   Saint Louis, MO 63179-0093
11751227    +Lexon Insurance Company,    Bond Safeguard Insurance,    1919 S Highland Ave Bld A Ste 300,
              Lombard, IL 60148-6153
11751228    +Mahoney, Silverman & Cross,    822 Infantry Drive, Suite 100,    Joliet, IL 60435-3108
11779770    +MetLife,   P O BOX 8000,    Johnstown,PA 15907-8000
11751229    +Shore Development Company,    c/o Steven Cooper,    P O BOX 388,    117 South Second Street,
              Geneva, IL 60134-2711
11580038    +Stock Building & Supply LLC,    c/o Schwartz, Wolf & Bernstein LLP,    314 N. McHenry Road,
              Buffalo Grove, IL 60089-2428
11580039     Target National Bank,    PO Box 59317,   Minneapolis, MN 55459-0317
11662821     Target National Bank,    c/o Weinstein & Riley, P.S.,,    PO Box 3978,    Seattle, WA 98124-3978
11580040    +Timothy A. Janeway,    c/o Robert L. Speers,    54 W. Downer Place,    Aurora, IL 60506-5135
The following entities were served by electronic transmission on Apr 24, 2009.
12585770    +E-mail/PDF: rmscedi@recoverycorp.com Apr 24 2009 08:17:14      Capital Recovery One,
              25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11834365     E-mail/PDF: rmscedi@recoverycorp.com Apr 24 2009 08:17:13
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
11843260    +E-mail/PDF: rmscedi@recoverycorp.com Apr 24 2009 08:17:14
              Recovery Management Systems Corporation,    For GE Money Bank,    dba PAYPAL,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11580029     AOL,   Cardmember Service,    PO Box 15153,    DE 19866-5153
11580027     Altima Custom Homes Inc.
11580028     Altima Homes
11580036     Joseph DeSerto
11580037     Steven M. Cohen
11580041     Timothy A. Janeway
                                                                                              TOTALS: 6, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2009**              **Signature:** *Joseph Speetjens*