# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| COHEN, THERESE M | § § | Case No. 07-15787 |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 147,022.19 | Claims Discharged Without Payment: 321,430.24 |
| Total Expenses of Administration: 58,177.68 | |

3) Total gross receipts of $ 205,199.87 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 205,199.87 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 102,845.37 | 102,845.37 | 58,177.68 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 466,962.40 | 468,452.43 | 147,022.19 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 569,807.77 | $ 571,297.80 | $ 205,199.87 |

4) This case was originally filed under chapter 7 on 08/30/2007. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/12/2009          By:/s/RONALD R. PETERSON
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009) *(Page: 2)*

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| THE VANGUARD GROUP 500 INDEX FUND ADMIRAL SHARES | 1129-000 | 68,618.00 |
| Litigation against Theresa and Steven Cohen | 1241-000 | 136,396.38 |
| Post-Petition Interest Deposits | 1270-000 | 185.49 |
| **TOTAL GROSS RECEIPTS** | | **$205,199.87** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON TRUSTEE | 2100-000 | NA | 13,509.99 | 13,509.99 | 13,509.99 |
| RONALD R. PETERSON, TRUSTEE | 2200-000 | NA | 250.14 | 250.14 | 250.14 |
| RONALD R. PETERSON, TRUSTEE | 2300-000 | NA | 250.14 | 250.14 | 0.00 |
| JENNER & BLOCK LLP | 3110-000 | NA | 44,417.55 | 44,417.55 | 0.00 |
| JENNER & BLOCK LLP | 3110-000 | NA | 44,417.55 | 44,417.55 | 44,417.55 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 102,845.37 | $ 102,845.37 | $ 58,177.68 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (9/1/2009) *(Page: 4)*

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE BANK USA | 7100-000 | NA | 8,781.14 | 8,781.14 | 2,764.72 |
| FIRST NATIONAL BANK OF ILLINOIS | 7100-000 | NA | 440,642.93 | 440,642.93 | 138,735.56 |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | NA | 72.42 | 72.42 | 22.81 |
| STOCK BUILDING & SUPPLY LLC | 7100-000 | NA | 12,733.36 | 12,733.36 | 4,009.07 |
| TARGET NATIONAL BANK | 7100-000 | NA | 4,732.55 | 4,732.55 | 0.00 |
| TARGET NATIONAL BANK | 7100-000 | NA | 0.00 | 1,490.03 | 1,490.03 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ NA | $ 466,962.40 | $ 468,452.43 | $ 147,022.19 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8
Page: 1

Case No: 07-15787   JPC   Judge: JACQUELINE P. COX
Case Name: COHEN, THERESE M
For Period Ending: 10/12/09

Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 08/30/07 (f)
341(a) Meeting Date: 10/03/07
Claims Bar Date: 01/03/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY 30 PENTWATER ST. SOUTH BARRINGTON, I | 578,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. FIFTH THIRD BANK CHECKING | 100.00 | 0.00 | | 0.00 | 0.00 |
| 3. LOYOLA UNIV. EMPLOYEES' FEDERAL CREDIT UNION | 247.00 | 0.00 | | 0.00 | 0.00 |
| 4. THE VANGUARD GROUP 500 INDEX FUND ADMIRAL SHARES | 169,236.00 | 0.00 | | 68,618.00 | 0.00 |
| 5. HOUSEHOLD GOODS AND FURNISHINGS | 5,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7. FURS AND JEWELRY | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 8. METLIFE ($100,000.00 WHOLE LIFE) | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 9. PACIFIC LIFE (350,000 UNIVERSAL) | 5,000.00 | 0.00 | | 0.00 | 0.00 |
| 10. ALLMERICA ADVANTAGE ANNUITY | 43,382.00 | 0.00 | | 0.00 | 0.00 |
| 11. OAK ASSOCIATES FUND IRA | 8,015.00 | 0.00 | | 0.00 | 0.00 |
| 12. 33 1/3% INTEREST ALTIMA HOMES, INC. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13. 33 1/3 % INTEREST ALTIMA LAND GROUP, INC | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14. 33 1/3 % INTEREST ALTIMA CUSTOM HOMES, INC. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15. ALTIMA CUSTOM HOMES INC. | 400,000.00 | 0.00 | | 0.00 | 0.00 |
| 16. Litigation against Theresa and Steven Cohen (u) Brought Adversary to recover funds in money market accounts that had been moved to Steven, the husband. Sought to set aside fraudulent conveyance or simple turnover | 136,396.38 | 361,396.30 | | 136,396.38 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 185.49 | Unknown |
| TOTALS (Excluding Unknown Values) | $1,349,876.38 | $361,396.30 | | $205,199.87 | $0.00 |
| | | | | Gross Value of Remaining Assets | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1   UST Form 101-7-TDR (9/1/2009) (Page: 6)   Ver: 15.01

Page: 2
Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 07-15787    JPC    Judge: JACQUELINE P. COX | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | COHEN, THERESE M | Date Filed (f) or Converted (c): | 08/30/07 (f) |
| | | 341(a) Meeting Date: | 10/03/07 |
| | | Claims Bar Date: | 01/03/08 |

The Trustee has liquidated the Debtor's assets, and estimates that his Final Report will be filed by 3/31/09.

Initial Projected Date of Final Report (TFR): 12/31/08      Current Projected Date of Final Report (TFR): 03/31/09

Ver: 15.01

LFORM1      UST Form 101-7-TDR (9/1/2009) *(Page: 7)*

Page: 1
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-15787 -JPC | | Trustee Name: | RONALD R. PETERSON | |
| Case Name: | COHEN, THERESE M | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | Account Number / CD #: | ******6858 Money Market Account (Interest Earn | |
| Taxpayer ID No: | ******6226 | | | | |
| For Period Ending: | 10/12/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/14/07 | 4 | Therese Cohen (Cashier's Check) | | 1129-000 | 68,618.00 | | 68,618.00 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 11.22 | | 68,629.22 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 27.19 | | 68,656.41 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 16.32 | | 68,672.73 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 16.23 | | 68,688.96 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 14.08 | | 68,703.04 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 8.73 | | 68,711.77 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 8.45 | | 68,720.22 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 8.73 | | 68,728.95 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 8.73 | | 68,737.68 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 8.45 | | 68,746.13 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 6.67 | | 68,752.80 |
| * 11/14/08 | 16 | Steven M. Cohen, M.D. 30 Pentwater Drive South Barrington, Il | | 1241-003 | 391,396.30 | | 460,149.10 |
| * 11/14/08 | 16 | Steven M. Cohen, M.D. 30 Pentwater Drive South Barrington, Il | VOID I read a check s 391, 396.30. In reality, the 1 was a comma that was as big as life | 1241-003 | -391,396.30 | | 68,752.80 |
| 11/14/08 | 16 | Steven Cohen 30 Pentwater Dri South Barrington, Il 60010 | | 1241-000 | 100,000.00 | | 168,752.80 |
| 11/14/08 | 16 | Steven M Cohen M.D. 30 Pentwater Drive South Barrington, Il. | | 1241-000 | 36,396.38 | | 205,149.18 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 10.08 | | 205,159.26 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 11.10 | | 205,170.36 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 3.48 | | 205,173.84 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 3.15 | | 205,176.99 |
| | | | Page Subtotals | | 205,176.99 | 0.00 | |

LFORM24  UST Form 101-7-TDR (9/1/2009) (Page: 8)  Ver: 15.01

Page: 2
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-15787 -JPC
Case Name: COHEN, THERESE M
Taxpayer ID No: ******6226
For Period Ending: 10/12/09

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******6858  Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 3.49 | | 205,180.48 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.43 | | 205,188.91 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.71 | | 205,197.62 |
| 06/09/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.25 | | 205,199.87 |
| 06/09/09 | | Transfer to Acct #*******0231 | Final Posting Transfer | 9999-000 | | 205,199.87 | 0.00 |

COLUMN TOTALS     205,199.87     205,199.87
Less: Bank Transfers/CD's     0.00     205,199.87
Subtotal     205,199.87     0.00
Less: Payments to Debtors         0.00
Net     205,199.87     0.00

Page Subtotals     22.88     205,199.87

LFORM24  UST Form 101-7-TDR (9/1/2009) (Page: 9)

Ver: 15.01

Page: 3
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-15787 -JPC | Trustee Name: | RONALD R. PETERSON |
| Case Name: | COHEN, THERESE M | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0231 BofA - Checking Account |
| Taxpayer ID No: | *******6226 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 10/12/09 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/09/09 | | Transfer from Acct #*******6858 | Transfer In From MMA Account | 9999-000 | 205,199.87 | | 205,199.87 |
| 06/18/09 | 003001 | Ronald R. Peterson, Trustee | Trustee's expenses Reimburse for Bond Payment | 2200-000 | | 250.14 | 204,949.73 |
| 06/18/09 | 003002 | Ronald R. Peterson Trustee | | 2100-000 | | 13,509.99 | 191,439.74 |
| 06/18/09 | 003003 | Jenner & Block LLP 330 North Wabash Chicago, Illinois 60611 | | 3110-000 | | 44,417.55 | 147,022.19 |
| 06/18/09 | 003004 | Target National Bank c/o Weinstein & Riley, P.S. P.O. Box 3978 Seattle, WA 98124-3978 | | 7100-000 | | 1,490.03 | 145,532.16 |
| 06/18/09 | 003005 | First National Bank of Illinois Ronald N. Primack, LLC 18401 Maple Creek Drive, Suite 100 Tinley Park, IL 60477 | | 7100-000 | | 138,735.56 | 6,796.60 |
| * 06/18/09 | 003006 | Recovery Management Systems Corporation For GE Money Bank dba PAYPAL 25 SE 2nd Ave Ste 1120 Miami FL 33131 | | 7100-003 | | 72.42 | 6,724.18 |
| * 06/18/09 | 003006 | Recovery Management Systems Corporation For GE Money Bank dba PAYPAL 25 SE 2nd Ave Ste 1120 Miami FL 33131 | VOID Misread Distribution Report. | 7100-003 | | -72.42 | 6,796.60 |
| * 06/18/09 | 003007 | Chase Bank USA c o Weinstein and Riley, PS po box 3978 seattle, WA 98124-3978 | | 7100-003 | | 4,031.88 | 2,764.72 |
| | | | | Page Subtotals | 205,199.87 | 202,435.15 | |

RONALD R. PETERSON

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit 9

| Case No: | 07-15787 -JPC | Trustee Name: | RONALD R. PETERSON |
| Case Name: | COHEN, THERESE M | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******6226 | Account Number / CD #: | ********0231  BofA - Checking Account |
| For Period Ending: | 10/12/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 06/18/09 | 003007 | Chase Bank USA<br>c o Weinstein and Riley, PS<br>po box 3978<br>seattle, WA 98124-3978 | VOID<br>Misread Distribution Report | 7100-003 |  | -4,031.88 | 6,796.60 |
| 06/18/09 | 003008 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba PAYPAL<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 |  | 7100-000 |  | 22.81 | 6,773.79 |
| 06/18/09 | 003009 | Chase Bank USA<br>c o Weinstein and Riley, PS<br>po box 3978<br>seattle, WA 98124-3978 |  | 7100-000 |  | 2,764.72 | 4,009.07 |
| 06/18/09 | 003010 | Stock Building & Supply LLC<br>c/o Schwartz, Wolf & Bernstein LLP<br>314 N. McHenry Road<br>Buffalo Grove, IL 60089 |  | 7100-000 |  | 4,009.07 | 0.00 |

|  | COLUMN TOTALS | 205,199.87 | 205,199.87 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 205,199.87 | 0.00 |  |
|  | Subtotal | 0.00 | 205,199.87 |  |
|  | Less: Payments to Debtors | 0.00 | 0.00 |  |
|  | Net | 0.00 | 205,199.87 |  |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
|  | Money Market Account (Interest Earn - ********6858 | 205,199.87 | 0.00 | 0.00 |
|  | BofA - Checking Account - ********0231 | 0.00 | 205,199.87 | 0.00 |
|  |  | 205,199.87 | 205,199.87 | 0.00 |

| Page Subtotals | 0.00 | 2,764.72 |
|---|---|---|

LFORM24  UST Form 101-7-TDR (9/1/2009) (Page: 11)

Ver: 15.01

Page: 5
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-15787 -JPC | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | COHEN, THERESE M | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ******0231 BofA - Checking Account |
| Taxpayer ID No: | *******6226 | | |
| For Period Ending: | 10/12/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Total Funds On Hand

LFORM24 **UST Form 101-7-TDR (9/1/2009)** *(Page: 12)*

Ver: 15.01